**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| INTERNATIONAL TRAILER GROUP, LLC, a Texas Citizen | § § § § | |
| *Plaintiff,* | § | |
| v. | § § | |
| SHORT GO, INC. d/b/a TWISTER TRAILER, a Kansas and Louisiana Citizen, and BOSS RANCH, LLC, a Louisiana Citizen, | § § § § § § | CASE NO. 1:25-cv-01168-DAE |
| *Defendants.* | § § | |

**PLAINTIFF/COUNTER-DEFENDANT'S ORIGINAL ANSWER AND**
**AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIMS**

Plaintiff/Counter-Defendant International Trailer Group, LLC ("ITG"), by and through its undersigned counsel, hereby submits its Answer and Affirmative Defenses to Short Go, Inc. d/b/a Twister Trailer ("Short Go") and Boss Ranch, LLC's (collectively "Counterclaim-Plaintiffs" or "Defendants") Counterclaims.

**DEFENDANTS' COUNTERCLAIMS AGAINST PLAINTIFF[1]**

To the extent a response is required for Counterclaim-Plaintiffs' introductory paragraph, ITG denies the allegations contained therein.

1. ITG admits the allegations contained in Paragraph No. 1.

2. ITG admits the allegations contained in Paragraph No. 2.

3. ITG admits the allegations contained in Paragraph No. 3.

---

[1] To the extent that it is required to respond, ITG denies all allegations contained in any heading or subheadings in Counterclaim-Plaintiffs' Counterclaim.

4.      ITG admits the allegations contained in Paragraph No. 4.

5.      ITG admits the allegations contained in Paragraph No. 5.

6.      ITG admits the allegations contained in Paragraph No. 6.

7.      ITG admits the allegations contained in Paragraph No. 7.

8.      ITG admits that Perez visited Short Go's facility in Kansas and denies all other allegations, if any, contained in Paragraph No. 8.

9.      ITG admits that it and Defendants conducted numerous negotiations for the purchase of Twisted Trailer and denies all other allegations, if any, contained in Paragraph No. 9.

10.      ITG admits that it and Defendants executed all required documents for the purchase of Defendants and denies all other allegations, if any, contained in Paragraph No. 10.

11.      ITG lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 11, and, therefore, denies the same.

12.      ITG lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 12, and, therefore, denies the same.

13.      ITG lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 13, and, therefore, denies the same.

14.      ITG denies the allegations contained in Paragraph No. 14.

15.    ITG denies the allegations contained in Paragraph No. 15.

16.    ITG admits that that Perez visited Short Go's facility and conducted negotiations and denies all other allegations, if any, contained in Paragraph No. 16.

17.    ITG denies all allegations contained in Paragraph No. 17.

18.    ITG denies all allegations contained in Paragraph No. 18.

19.    ITG denies all allegations contained in Paragraph No. 19.

20.    ITG denies all allegations contained in Paragraph No 20.

21.    ITG lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 21, and, therefore, denies the same.

### COUNT I
### <u>Tortious Interference with Contract</u>
### (Against ITG)

22.    To the extent a response is required for Counterclaim-Plaintiffs' introductory paragraph, ITG denies the allegations contained therein.

23.    ITG lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 23, and, therefore, denies the same.

24.    ITG denies the allegations contained in Paragraph No. 24.

25.    ITG denies the allegations contained in Paragraph No. 25.

26.    ITG denies the allegations contained in Paragraph No. 26.

27.    ITG denies the allegations contained in Paragraph No. 27.

**COUNT I [sic]**
**Tortious Interference with Prospective Business Advantage**
**(Against ITG)**

28.    To the extent a response is required for Counterclaim-Plaintiffs' introductory paragraph, ITG denies the allegations contained therein.

29.    ITG lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 29, and, therefore, denies the same.

30.    ITG denies the allegations contained in Paragraph No. 30.

31.    ITG denies the allegations contained in Paragraph No. 31.

32.    ITG denies the allegations contained in Paragraph No. 32.

33.    ITG denies the allegations contained in Paragraph No. 33.

34.    ITG denies the allegations contained in Paragraph No. 34.

35.    ITG denies the allegations contained in Paragraph No. 35.

36.    ITG denies the allegations contained in Paragraph No. 36.

## PRAYER FOR RELIEF

ITG denies that Counterclaim-Plaintiffs are entitled to any of the relief requested under their Prayer for Relief.

## AFFIRMATIVE DEFENSES

Subject to the responses above, ITG alleges and asserts the following defenses in response to the allegations, undertaking the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated herein. In addition to the defenses described below, subject to its

4

responses above, ITG specifically reserves all rights to allege additional defenses that become known through the course of discovery.

### A.
### FIRST DEFENSE: WAIVER

1.    Counterclaim-Plaintiffs' claims are barred in whole or in part by the doctrine of waiver.

### B.
### SECOND DEFENSE: ESTOPPEL

2.    Counterclaim-Plaintiffs' claims are barred in whole or in part by the doctrine of estoppel.

### C.
### THIRD DEFENSE: UNCLEAN HANDS

3.    Counterclaim-Plaintiffs' claims are barred in whole or in part by the doctrine of unclean hands.

### D.
### FOURTH DEFENSE: FAILURE TO MITIGATE DAMAGES

4.    Counterclaim-Plaintiffs' claims are barred in whole or in part because Counterclaim-Plaintiffs have failed to mitigate any alleged damages.

### E.
### FIFTH DEFENSE: FAILURE OF CONDITION PRECEDENT

5.    Counterclaim-Plaintiffs' claims are barred in whole or in part because one or more conditions precedent to Counterclaim-Plaintiffs' performance did not occur or were not satisfied.

## F.
### SIXTH DEFENSE: LACHES

6.    Counterclaim-Plaintiffs' claims are barred in whole or in part by the doctrine of laches.

## G.
### SEVENTH DEFENSE: ACQUIESCENCE

7.    Counterclaim-Plaintiffs' claims are barred in whole or in part by the doctrine of acquiescence.

## H.
### EIGHT DEFENSE: NO INJURY

8.    Counterclaim-Plaintiffs' claims are barred in whole or in part because Counter-Plaintiffs did not suffer any injury as a result of the alleged actions by ITG.

## I.
### NINTH DEFENSE: JUSTIFICATION AND/OR PRIVILEGE

9.    Counterclaim-Plaintiffs' claims are barred in whole or in part by the doctrines of justification and/or privilege.

## J.
### TENTH DEFENSE: PROPORTIONATE RESPONSIBILITY

10.    Counterclaim-Plaintiffs' claims are barred in whole or in part by the doctrine of proportionate responsibility under Texas Civil and Practice Remedies Code Chapter 33.

## K.
### ELEVENTH DEFENSE: NO INDEPENDENT TORTIOUS CONDUCT

11.    Counterclaim-Plaintiffs' claims are barred in whole or in part because ITG's alleged conduct was not independently tortious or otherwise unlawful.

## PRAYER FOR RELIEF

ITG respectfully asks this Court to grant judgment in favor of ITG as follows:

a.      Counterclaim-Plaintiffs take nothing from their Counterclaims;

b.      The relief requested by Counterclaim-Plaintiffs be denied in all respects;

c.      Award ITG its costs of suit; and

d.      Award ITG such other and further relief as the Court may deem just and proper.

Dated: July 7, 2026                                    Respectfully submitted,


/s/ Douglas A. Daniels
Douglas A. Daniels
*Attorney-in-Charge*
Texas State Bar No. 00793579
doug.daniels@dtlawyers.com
DANIELS & TREDENNICK PLLC
6363 Woodway, Suite 700
Houston, Texas 77057
(713) 917-0024 – Telephone
(713) 917-0026 – Facsimile
**LEAD COUNSEL**

**OF COUNSEL:**

DANIELS & TREDENNICK PLLC
Jordan T.J. Howes
Texas State Bar No. 24107293
jordan@dtlawyers.com
6363 Woodway, Suite 700
Houston, Texas 77057
(713) 917-0024 – Telephone
(713) 917-0026 – Facsimile


*ATTORNEYS FOR PLAINTIFF*
*INTERNATIONAL TRAILER GROUP, LLC*

7

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served on July 7, 2026, via the Court's CM/ECF system.


/s/ *Douglas A. Daniels*
Douglas A. Daniels